**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1734**

STEPHEN EARL,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant - Appellee,

      and

UNITED STATES V.A.; SLOAN D. GIBSON, Acting Secretary of
V.A.; JAMES CRANDELL, VA Employee; DENNIS MCCLAINE, VA
Employee; LONNIE HATTON, VA Employee; JOE SOVATOS, VA
Employee; E. DOUGLAS BRADSHAW, JR., VA Employee; TISHA
BALKNELL, VA Employee,

            Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:14-cv-00115-F)

Submitted:  February 23, 2017        Decided:  February 27, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Cedric R. Perry, PERRY & ASSOCIATES, Rocky Mount, North Carolina, for Appellant. John Stuart Bruce, United States Attorney, G. Norman Acker, III, Kimberly A. Moore, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Earl appeals the district court's order granting summary judgment to the Government on his action under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Earl v. United States, No. 5:14-cv-00115-F (E.D.N.C. May 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3